Doran BOWERS, Plaintiff-Appellant,

v.

Rory PERRY; Robin Davis; Brent Benjamin; Margaret Workman; Menis Ketchum; Allen Loughry; The State of West Virginia; Gregory Hilton; Peter Krauser; Alexander Wright; Albert Matricciani; Charles Moylan; Lawrence Rodowsky; Robert Bell; Mary

Ellen Barbera; Glen Harell; Lynne Battaglia; Clayton Greene; Sally Atkins; Robert Mcdonald; Shirley Watts, and; The State of Maryland; Katthleen Cox, Defendants-Appellees.

No. 16-1713

United States Court of Appeals, Fourth Circuit.

Submitted: November 17, 2016

Decided: November 21, 2016

Doran Bowers, Appellant Pro Se. Teresa Jean Lyons, Hedges & Lyons, PLLC, Morgantown, West Virginia; Michele J. McDonald, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doran Bowers appeals the district court's orders adopting the magistrate judge's recommendation and dismissing with prejudice Bowers' civil action, and denying Bowers' Fed. R. Civ. P. 59(e) motion to alter or amend that judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bowers v. Perry, No. 2:14–cv–27242, 2015 WL 5684136, 2016 WL 3365484 (S.D.W. Va. Sept. 28, 2015 & June 16, 2016). We deny Bowers' motions to correct the docket, to recuse the Clerk of Court, and to amend or correct prior orders entered by the Clerk. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED